**CAMMARATA, NULTY & GARRIGAN, LLC**
549 Summit Avenue
Jersey City, NJ 07306
(201) 656-2222
Attorneys for Defendant, Wayne Dunich-Kolb

| | |
|---|---|
| Plaintiff(s), | : |
| | : |
| **UNITED STATES OF AMERICA** | : UNITED STATES DISTRICT COURT |
| | :     DISTRICT OF NEW JERSEY |
| vs. | : |
| | : |
| Defendant(s) | : Criminal No. **14-150 (KM)** |
| | : |
| **WAYNE DUNICH-KOLB** | : <u>**AFFIDAVIT OF SERVICE**</u> |
| | : |

    JEFFREY G. GARRIGAN, ESQ., upon his oath, hereby certifies as follows:

    1.  I am an attorney at law of the State of New Jersey and represent the defendant, Wayne Dunich-Kolb.

    2.  I certify that on September 29, 2016, one copy of the Order dated and filed on September 16, 2016 by the Honorable Kevin McNulty, U.S.D.J., was mailed to the defendant via certified mail-return receipt requested and regular mail.

    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: September 29, 2016

                                       CAMMARATA, NULTY & GARRIGAN, LLC
                                       Attorneys for Defendant, Wayne Dunich-Kolb

             By:      _____
                            JEFFREY G. GARRIGAN, ESQ.