UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| v. | : | Crim. No. 14-150 |
| WAYNE DUNICH-KOLB | : | AMENDED SCHEDULING ORDER |

This matter having come before the Court on the joint application of William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by Shirley U. Emehelu and Cari Fais, Assistant U.S. Attorneys), and defendant Wayne Dunich-Kolb (by Jeffrey G. Garrigan, Esq.) for an order amending the schedule for the briefing and argument of pretrial motions in the above-captioned matter, and a status conference in this matter having been scheduled for December 12, 2017 at 10:00 a.m. and trial having been scheduled to commence on January 8, 2018 at 9:00 a.m., and for good and sufficient cause shown,

It is on this 12th day of October, 2017, ORDERED that:

The government's response to defendant's pretrial motions (ECF No. 37) shall be filed on or before October 20, 2017, the defense reply, if any, shall be filed on or before October 27, 2017, and the argument of the motions is scheduled for November 6, 2017 at 10:00 a.m.

HON. KEVIN MCNULTY
United States District Judge

Form and entry
consented to:

*Shirley Emehelu* (signature)
Shirley U. Emehelu
Cari Fais
Assistant U.S. Attorneys

*Jeffrey G. Garrigan* (signature)
Jeffrey G. Garrigan, Esq.
Counsel for defendant Wayne Dunich-Kolb