**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                              **DATE:** September 17, 2019
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** RHEA C. VILLANTI

**TITLE OF CASE:**                                              **DOCKET #** 14-cr-150 (KM)
UNITED STATES OF AMERICA
              vs.
WAYNE DUNICH-KOLB

          **DEFTS. PRESENT**

**APPEARANCES:**

Sarah Devlin, AUSA for Government
Jeffrey Garrigan, Esq. and Debra Simon, Esq. for Defendant
Richard J. Lee, U.S. Probation Officer

**Nature of Proceedings:**     SENTENCING on SECOND SUPERSEDING INDICTMENT

Imprisonment – Total 72 months, consisting of 36 months on Counts 12ss and 15ss, to be served concurrently with 48 months on Count 25ss; and 24 months on Count 29ss, to be served consecutive to all other counts.
Supervised Release - 1 year on each of Counts 12ss, 15ss, and 29ss and 3 years on Count 25ss, all counts to run concurrently and with special conditions.
On motion of the Government, the Court has dismissed Counts 1ss-11ss, 13ss-14ss, 16ss-24ss, and 26ss-28ss.
Restitution: $2,204,273.00.
Fine: waived.
Special Assessment - $400, consisting of $100 on Counts 12ss, 15ss, 25ss, and 29ss.
Defendant advised of right to appeal.
Ordered defendant remanded to the custody of the U.S. Marshals Service pending designation by the Bureau of Prisons for service of this sentence.
The Court recommends that the Bureau of Prisons designate a facility as soon as possible with Mental Health Treatment and Vocational Training and as near as possible to defendant's home address.

**Time Commenced:** 11:00
**Time Adjourned:** 1:15
**Total Time:** 2 Hour 15 Minutes

                                                                      Nitza Creegan
                                                                      DEPUTY CLERK